# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| ELIZABETH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:18-cv-00202-GZS |
| | ) | |
| MAINE COURT SYSTEM, | ) | |
| | ) | |
| Defendant | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 6) filed July 2, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's Motion for Clarification (ECF No. 2) is **DISMISSED AS MOOT.**

                    /s/ George Z. Singal
                    United States District Judge

Dated this 18th day of July, 2018.